IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **CRIMINAL NUMBER 24-037-1** |
| | : | |
| **DARRYL TURNER** | : | |

# O R D E R

**AND NOW**, this 24th day of January 2025, having considered Defendant Darryl Turner's Motion to Dismiss and the government's Response thereto, it is hereby **ORDERED** that Mr. Turner's Motion to Dismiss is **DENIED**.

BY THE COURT:

*s/Kai N. Scott*
_____
**THE HONORABLE KAI N. SCOTT**
**United States District Court Judge**